# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY ALAN GLOSSNER,** | : | CIVIL ACTION NO. 3:18-cv-1029 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, PA STATE ATTORNEY GENERAL,** | : | |
| Respondents | : | |

## **ORDER**

AND NOW, to wit, this 29th day of November 2018, upon consideration of the petition for writ of habeas corpus, and in accordance with the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**